1  Galen T. Shimoda (Cal. State Bar No. 226752)
   Victoria M. Ciganda (Cal State Bar No. 215719)
2  **SHIMODA LAW CORP.**
   9401 E. Stockton Blvd., Suite 200
3  Elk Grove, CA 95624
4  Telephone: (916) 525-0716
   Facsimile: (916) 760-3733
5
   Attorneys for Plaintiff Richard Carrie
6

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| RICHARD CARRIE, | ) | Case No. 2:09-CV-03497-GEB-KJM |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM ("VDRP") PURSUANT TO LOCAL RULE 271** |
| GOLDEN WEST FINANCIAL CORPORATION SEVERANCE PAY PLAN ADMINISTRATOR; GOLDEN WEST FINANCIAL CORPORATION; WACHOVIA MORTGAGE CORPORATION; and DOES 1 to 100, inclusive, | ) | |
| Defendants. | ) | |

   Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program for Mediation.

   The parties also agree that the deadline for filing a motion for an order authorizing additional discovery shall be continued pending mediation from May 29, 2010, to a date no less than 30 days after the completion of VDRP.

**STIPULATION AND ORDER TO VDRP - 1**

Dated: June 1, 2010          **SHIMODA LAW CORP.**

By: /s/ Victoria M. Ciganda
    VICTORIA M. CIGANDA
    Attorneys for Plaintiff Richard Carrie

Dated: June 1, 2010          **FISHER & PHILLIPS, LLP**

By: /s/ Kathleen McLeod Caminiti
    (As authorized on June 1, 2010.)
    KATHLEEN McLEOD CAMINITI
    Attorneys for Defendant Wachovia Corporation on behalf of Wachovia Mortgage Corporation and the Golden West Financial Corporation Severance Pay Plan Administrator, and as Successor to Golden West Financial Corporation

**IT IS SO ORDERED.**

Dated: 6/1/10

_____
GARLAND E. BURRELL, JR.
United States District Judge

**STIPULATION AND ORDER TO VDRP - 2**